☒ FILED   ☐ RECEIVED

**APR 14 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar No. 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Joseph.Bozdech@usdoj.gov
Attorneys for United States

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Non-Judicial Forfeiture Proceeding Involving Alcohol Tobacco Firearms and Explosives seizure of:<br><br>Feinwerkbau AW93 .22 Caliber Pistol SN:18026301,<br>Hammerli 104 .22 Caliber Pistol, SN:30325, and, Ohio Ordnance Works M2-SLR 50 Caliber Rifle, SN:850074. | **MC-22-0019-PHX-SMB**<br><br>***EX PARTE* MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE**<br><br>**(Under Seal)**<br>(Fourth Request) |

The United States of America moves to extend the government's deadline for either filing a civil forfeiture complaint or obtaining an indictment containing a forfeiture allegation against the property seized by ATF on January 24, 2022. The government requests an extension from the current deadline of April 14, 2023 to June 13, 2023. This motion is supported by the attached declaration of ATF Special Agent Gregory A. Lipner ("ATF SA Lipner").

Pursuant to 18 U.S.C. § 983(a)(1)(A)(i), if a seizing agency elects to commence administrative forfeiture of seized assets, the agency must send notice of the forfeiture to parties with interest within sixty days of the seizure. In this case, the seizure of property at issue occurred on January 24, 2022. ATF sent notification of the seizure and administrative forfeiture action on February 15, 2022, and on March 17, 2022, ATF received a claim to the seized property from Frederic Robert Dettler ("Dettler").

Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property or to obtain an indictment alleging that the property is subject to forfeiture, within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the Court extends the deadline for good cause shown or by agreement of the parties.

The government requests an extension of its filing deadline under 18 U.S.C. § 983(a)(3)(A). As explained in the attached declaration of ATF SA Lipner, Dettler is suspected of dealing in firearms without a license. SA Lipner received received additional information regarding addresses and storage units listed by Dettler on ATF Forms 4473 in April of 2023 and forwarded the results of his investigation to the USAO on April 14, 2023. Commencing judicial forfeiture before the results of SA Lipner's investigation are fully reviewed could negatively impact the criminal investigation and potential prosecution.

For the above-stated reasons, the government respectfully requests that the Court grant its *ex parte* motion and extend the filing deadline to June 13, 2023.

Respectfully submitted this 14th day of April 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney

## <u>DECLARATION OF SPECIAL AGENT GREGORY LIPNER</u>

I, Gregory Lipner, declare:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Phoenix Field Division.

2. I am submitting this declaration in support of a United States *ex-parte* motion to extend time to file a forfeiture complaint and/or to obtain an indictment alleging forfeiture. I believe good cause exists to extend the time for 180 days under Title 18 U.S.C. § 983(a)(3)(A). The facts stated in this declaration are intended to summarize my investigation and they do not set forth all my knowledge about this matter.

3. ATF is actively investigating Frederic Robert DETTLER (DETTLER) for potential violations of Title 18 U.S.C. § 922(a)(1)(A) – Dealing, Importing, or Manufacturing without a License, Title 18 U.S.C. § 924(a)(1)(A) – False Statements During the Purchase of a Firearm, Title 18 U.S.C. § 1028A – Aggravated Identity Theft, Title 18 U.S.C. § 1343 – Wire Fraud, and Title 18 U.S.C. § 1957 – Money Laundering.

4. In 2019, the ATF Crime Gun Intelligence Center opened an investigation on DETTLER for a potential violation of Title 18 U.S.C. § 922(a)(1)(A). From September 2018 to November 2019, DETTLER purchased 104 firearms online and transferred them through Chasin' a Dream Outfitters, a Federal Firearms Licensee (FFL) located in Payson, Arizona. ATF estimated the total cost of the firearms to be approximately $170,000. DETTLER purchased numerous firearms of the same make, model, and/or caliber to include 25 Remington pistol grip firearms, 17 Fabrique Nationale (FN) Five-seveN pistols, and 2 FN M249S rifles. An employee of Chasin' a Dream Outfitters told ATF that DETTLER claimed to already have a buyer for one of the pistols he was going to receive.

5. According to the Arizona Department of Economic Security (DES), DETTLER does not have any reported income in the state of Arizona.

6. On November 21, 2019, ATF contacted DETTLER after he departed from Chasin' a Dream Outfitters. DETTLER claimed to own approximately 60 firearms, the majority of which were in his mobile trailer. DETTLER stated he was self-employed in the business of buying and selling motorcycle parts. When questioned about how much money he earned a year, DETTLER stated the following: "Ahh, It's like I was telling the officer, its its your self-employed so its twenty-four hours a day, and I don't have a wife or kids. I was telling him I couldn't probably be married cause the wife would never tolerate it. I don't have, I don't get to take vacations, uh, a vacation to me would be like going to the gun show which it's fun but its technically work. You gotta you gotta keep buying things in order to have things to sell to have money coming in." DETTLER ultimately requested an attorney and the interview concluded. Based on the facts of the investigation, ATF seized 7 firearms from DETTLER.

7. ATF contacted the USAO who opened a case on DETTLER and recommended pursing an analysis of his financial records. From 2019 to 2021, ATF submitted multiple grand jury

subpoenas to financial institutions associated with DETTLER. Subpoena compliance revealed that DETTLER had used identifying documents belonging to his deceased mother, which were produced to PayPal to obtain a debit card in her name. Those identifying documents were submitted to PayPal electronically, resulting in behavior consistent with a violation of Title 18 U.S.C. § 1343. Beyond the debit card, a PayPal account registered to DETTLER's deceased mother was used for more than 8 years posthumous. The account was used to make purchases and to receive payments. Available funds were transferred from PayPal, first, to a joint US Bank account held in the names of DETTLER and his mother, and then transferred out of the joint account to a US Bank account held solely by DETTLER. The movement of these funds reflect behavior consistent with violations of 18 U.S.C. § 1957.

8. In 2021, ATF identified additional firearms purchased by DETTLER from Half Cocked Weapons, a home-based FFL located in Surprise, Arizona. From January 2020 to November 2021, DETTLER authored 23 ATF Forms 4473 for the transfer of 25 firearms. An employee of Half Cocked Weapons stated he sold approximately 90 firearms online on behalf of DETTLER from about May 2021 to December 2021, for a 10% commission. The employee stated that DETTLER wanted to eliminate his personal collection to invest in a storage facility in Prescott, Arizona. ATF determined that approximately 50 of the firearms sold were initially transferred to DETTLER from Chasin' a Dream Outfitters or Half Cocked Weapons. A review of the ATF Forms 4473 from Half Cocked Weapons revealed that DETTLER had listed Luxtor Storage as his current residence. A representative of Luxtor Storage told ATF that the facility is for storage only and not a private residence.

9. On January 24, 2022, ATF seized 3 firearms from Half Cocked Weapons in reference to DETTLER. An employee at Half Cocked Weapons stated that two of the firearms were waiting to be transferred to DETTLER. ATF estimated the cost of the 2 firearms to be approximately $18,682. The third firearm was scheduled to be sold online on DETTLER's behalf.

10. In February 2022, ATF received information from Ground Strike Tactical, a home-based FFL in Surprise, Arizona, that DETTLER had a firearm shipped to their business for transfer. On February 23, 2022, ATF seized the firearm from Ground Strike Tactical. ATF estimated the cost of the firearm to be approximately $5,146.

11. Four firearms purchased by DETTLER have been recovered and traced by law enforcement with time-to-crimes varying from 122 days to 604 days.

12. In May 2022, ATF requested and received DETTLER's complete address history from the Arizona Department of Transportation.

13. In July 2022, ATF received notification from the Internal Revenue Service (IRS) in response to ATF's Fact of Filing request. Based on the information received, DETTLER has not filled federal income taxes for the past five years.

14. In November 2022, ATF and AUSA Schoch met to discuss the status of the investigation. AUSA Schoch requested additional investigative work in reference to the addresses DETTLER listed on several ATF Forms 4473.

15. In April 2023, ATF received documents from the Luxtor storage facility and Yavapai Title Agency in reference to storage units owned by DETTLER. Based on the information received, the documents indicate that the storage units are strictly prohibited from residential use. From about July 2021 to November 2021, DETTLER listed the storage facility, as his current state of residence and address on four ATF Forms 4473.

16. As of the date of this declaration, I have completed my investigation. On April 14, 2023, I forwarded my most recent investigative report to the United States Attorney's Office (USAO) in reference to the information received from Luxtor and the Yavapai Title Agency. I hereby request the court to grant an extension of the forfeiture deadline to allow the USAO time to review the submitted information.

17. I believe that if an extension to commence judicial forfeiture is not granted, any potential follow-up investigative requests by the USAO would be negatively impacted for the following reasons:

    a) Persons being investigated, both named and unnamed, could learn of the scope of the federal investigation;
    b) Individuals connected to this investigation could flee, destroy evidence of their criminal activity, dissipate assets, or otherwise obstruct the purposes of this ongoing investigation;
    c) Providing notice of civil judicial forfeiture could jeopardize the ability of the United States to seize additional assets, which may be subject to forfeiture proceedings.

18. I declare under penalty of perjury and the laws of the United Stated that, to the extent of my knowledge of the facts of this case, the foregoing is true and correct.

    Executed on April 14, 2023, in Phoenix, Arizona.


           Gregory Lipner
           Special Agent
           Bureau of Alcohol, Tobacco,
           Firearms and Explosives